IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS EUGENE SMITH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ZAKEN, ZAPPALA A. ) <br> STEPHEN, *District Attorney of the County of* ) <br> *Allegheny*, and ATTORNEY GENERAL ) <br> JOSH SHAPIRO, *Attorney General of the* ) <br> *State of Pennsylvania*, ) <br> ) <br> Respondents. ) | Civil Action No. 22-1523 <br> Magistrate Judge Maureen P. Kelly <br><br> Re: ECF No. 1 |

## ORDER

AND NOW, this 8th day of December, 2025, for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, IT IS HERBEY ORDERED, ADJUDGED, and DECREED that the petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by Petitioner Marcus Eugene Smith, ECF No. 1, is DISMISSED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order he must file a notice of appeal within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Petitioner is referred to Rule 22 of the Federal Rules of Appellate Procedure and to 3d Cir.

L.A.R. 22.1 for the timing requirements for applying for a certificate of appealability from the Court of Appeals (available at https://www2.ca3.uscourts.gov/legacyfiles/2011_LAR_Final.pdf).

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: Marcus Eugene Smith
KX-5907
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

Marcus Eugene Smith
KX-5907
SCI Fayette
50 Overlook Drive
La Belle, PA 15450